# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0046. DANZY v. SHEPPARD et al.**

Appellant Daren Danzy's emergency motion seeking relief pursuant to Rule 40 (b) is hereby DENIED. See generally *Florez v. State*, 311 Ga. App. 378, 383 (2) (715 SE2d 782) (2011) (holding that the trial court is authorized to enter an order requiring a supersedeas bond after the filing of a notice of appeal but enforcement of the bond order is limited to removal of supersedeas).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/05/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.